| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Vance, Sarah S | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>6/5/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>500 Poydras Street<br>Room C-255<br>New Orleans, Louisiana 70130 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 12 A 9: 31 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/5/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2 | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | St. John's Law School | March 14-16, 2006; Speaker, Bernstein Lecture; New York, New York; Travel, lodging, meals |
| 2. | Practising Law Institute | March 26-28, 2006; Speaker, International Business Litigation and Arbitration; New York, New York; Travel, lodging, meals |
| 3. | First Amendment Center | April 10-11, 2006; Participant, Justice & Journalism Conference; Nashville, Tennessee; Travel, lodging, meals |
| 4. | American Bar Association | August 8-10, 2006; Post-Annual Meeting (American Bar Association Antitrust Section), Dana Point, California; Travel, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/5/2007 |

5. American Constitution Society (ACS)      September 13-15, 2006; Speaker, ACS New York: Katrina's Legal Legacy; New York, New York; Travel, lodging, meals

6.

7.

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/5/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank F/N/A Bank One | Revolving Credit | J |
| 2. Citibank | Revolving Credit | K |
| 3. American Express | Revolving Credit | L |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/5/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1, Merrill Lynch New Orleans, Louisiana as follows: | | | | | | | | | |
| 2. a. Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 3. b. Lord Abbett Global FD | A | Dividend | J | T | | | | | |
| 4. c. Putnam International Equity FD CL B | A | Dividend | J | T | | | | | |
| 5. d. Davis NY Ventures FD B | A | Dividend | J | T | | | | | |
| 6. e. Columbia Marsico Foused Equities FD B | A | Dividend | J | T | | | | | |
| 7. F/K/A Nations Marsico | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. IRA #2, Rollover Merrill Lynch as follows: | | | | | | | | | |
| 10. a. Merrill Lynch USA Rasp | A | Dividend | J | T | | | | | |
| 11. F/K/A Merrill Lynch Retirement Reserves / Cash | | | | | | | | | |
| 12. b. Putnam International Equity FD CL B | A | Dividend | L | T | | | | | |
| 13. c. Blackrock Fundamental F/K/A ML Fundamental Growth B | A | Dividend | K | T | | | | | |
| 14. d. Oppenheimer Global Opp FD CL B | A | Dividend | K | T | Exc./Sale | 8/1 | K | A | n/a |
| 15. e. Oppenheimer Global Opp FD SBI | A | Dividend | L | T | Exc./Purch. | 8/1 | K | A | n/a |
| 16. f. Munder Small Cap Value CLB | A | Dividend | L | T | | | | | |
| 17. g. Columbia Marsico Foused Equities FD B | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/5/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. h. ING International Small Cap Growth Fund B | A | Dividend | K | T | | | | | |
| 19. i. Davis NY Venture FD B | A | Dividend | L | T | | | | | |
| 20. j. Mass Investors Growth Stock Fund Class B | A | Dividend | J | T | | | | | |
| 21. k. Blackrock Value F/K/A ML Value Opp Fund CL B | A | Dividend | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. IRA #3, Merrill Lynch, New Orleans, Louisiana as follows: | | | | | | | | | |
| 24. a. Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 25. b. Lord Abbett Developing Growth FD CL B | A | Dividend | J | T | | | | | |
| 26. c. Davis NY Venture FD B | A | Dividend | J | T | | | | | |
| 27. d. Putnam International Equity FD CL B | A | Dividend | J | T | | | | | |
| 28. e. Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 29. F/K/A Nations Marsico | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. Profit Sharing Retirement Plan - Fidelity Investments, | | | | | | | | | |
| 32. as follows: | | | | | | | | | |
| 33. a. Low Price Stock Fund | E | Dividend | M | T | | | | | |
| 34. b. Ret Gov't (Money Market Fund) | B | Dividend | J | T | Partial Sale | 11/22 | L | | n/a |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/5/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. c. Spartan U.S. Equity Index | D | Dividend | O | T | Buy | 11/22 | N | | n/a |
| 36. d. Oakmark Int Fund | F | Dividend | O | T | Buy | 11/22 | N | | n/a |
| 37. e. Clipper Fund | A | Dividend | J | T | | | | | |
| 38. f. JPM Midcap Value IS | D | Dividend | M | T | Partial Sale | 11/22 | M | | n/a |
| 39. g. Baron Growth | D | Dividend | M | T | Partial Sale | 11/22 | M | | n/a |
| 40. h. Villere Balanced | D | Dividend | M | T | | | | | |
| 41. | | | | | | | | | |
| 42. Cash Management Account, Merrill Lynch, New Orleans, | | | | | | | | | |
| 43. Louisiana, as follows: | | | | | | | | | |
| 44. a. Cash / CMA Money Fund | A | Dividend | J | T | | | | | |
| 45. b. Capital One Financial Common | A | Dividend | L | T | | | | | |
| 46. | | | | | | | | | |
| 47. ████Trust, Merrill Lynch, New Orleans, Louisiana, | | | | | | | | | |
| 48. as follows: | | | | | | | | | |
| 49. a. Cash / CMA Money Fund | A | Interest | J | T | | | | | |
| 50. b. Lord Abbett Developing Growth FD CL B | A | Dividend | J | T | Partial Sale | 1/26 | J | A | n/a |
| 51. | | | | | | Partial Sale | 4/4 | J | A | n/a |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/5/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Partial Sale | 5/30 | J | A | n/a |
| 53. | | | | | Partial Sale | 6/27 | J | A | n/a |
| 54. c. Putnam International Equity FD CL B | A | Dividend | J | T | Partial Sale | 1/26 | J | A | n/a |
| 55. | | | | | Partial Sale | 4/4 | J | A | n/a |
| 56. | | | | | Partial Sale | 5/30 | J | A | n/a |
| 57. d. Davis NY Venture FD B | A | Dividend | J | T | Partial Sale | 1/26 | J | A | n/a |
| 58. | | | | | Partial Sale | 4/4 | J | A | n/a |
| 59. | | | | | Patial Sale | 5/30 | J | A | n/a |
| 60. e. Columbia Marsico Foused Equities FD B | A | Dividend | J | T | Partial Sale | 1/26 | J | A | n/a |
| 61. F/K/A Nations Marsico | | | | | Partial Sale | 4/4 | J | A | n/a |
| 62. | | | | | | | | | |
| 63. Life Insurance - Mass Mutual | | | | | | | | | |
| 64. a. MML Equity Index | A | Dividend | J | T | | | | | |
| 65. b. Oppenheimer Aggressive Growth | A | Dividend | J | T | | | | | |
| 66. c. Oppenheimer Capital Appreciation | A | Dividend | J | T | | | | | |
| 67. d. Oppenheimer Global Securities | B | Dividend | J | T | | | | | |
| 68. e. Oppenheimer Growth & Income | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50.000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/5/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  f. Panorama Growth Division | A | Dividend | J | T | | | | | |
| 70. | | | | | | | | | |
| 71.  Checking and Money Market Accounts, J.P. Morgan | | | | | | | | | |
| 72.  F/K/A Bank One, New Orleans, Louisiana | A | Interest | K | T | | | | | |
| 73. | | | | | | | | | |
| 74.  J.P. Morgan Securities Corporation, F/K/A Bank One | | | | | | | | | |
| 75.  a. Daily Tax Exempt Money FD SH Ben Int | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.  Investments and Trusts

Abbreviations:
   Exc./Sale = Exchange / Sale
   Exc./Purch. = Exchange / Purchase

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 6/5/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬  Date _____ 6/5/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544